UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABIAN HOPSON,<br><br>       Plaintiff,<br><br>  -against-<br><br>RESEARCH FOUNDATION FOR MENTAL HYGIENE, INC.,<br><br>       Defendant. | 1:22-cv-05617 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court referred this case to mediation pursuant to the FLSA Pilot Program. *See* ECF No. 20. Accordingly, Defendant's motion to dismiss (ECF No. 14) is denied without prejudice to renew if the mediation is unsuccessful. The time for Defendant to move, answer, or otherwise respond to the Complaint is hereby extended until ten (10) days after the mediation has taken place. If the mediation is unsuccessful, Defendant may renew its motion to dismiss at that time. Plaintiff's request (*see* ECF No. 22) for an extension of time to file a response and reply to the motion to dismiss is denied as moot in light of this Order. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 14 and 22.

Dated: September 30, 2022
   New York, New York

                  SO ORDERED.

                  _____
                  JENNIFER L. ROCHON
                  United States District Judge