UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABIAN HOPSON,<br><br>                          Plaintiff,<br><br>-against-<br><br>RESEARCH FOUNDATION FOR MENTAL HYGIENE, INC.,<br><br>                          Defendant. | 1:22-cv-05617 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 21, 2022, this Court referred this case to Magistrate Judge Aaron for General Pretrial Purposes and ordered the parties to file a submission, within two weeks, indicating whether they consent to proceed before Magistrate Judge Aaron for all further proceedings.  ECF Nos. 26-27.  The parties have not filed such a submission.  Accordingly, the parties shall, by **January 5, 2023**, file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter, as required by ECF No. 27.

Dated:  December 22, 2022
         New York, New York

                                                                    SO ORDERED.

                                                                    JENNIFER L. ROCHON
                                                                    United States District Judge