UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABIAN HOPSON,<br><br>        Plaintiff,<br><br>  -against-<br><br>RESEARCH FOUNDATION FOR MENTAL HYGIENE, INC.,<br><br>        Defendant. | 1:22-cv-05617 (JLR) (SDA)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  WHEREAS the deadline to complete expert discovery is November 17, 2023. *See* ECF No. 36.

  IT IS HEREBY ORDERED that the parties shall appear before U.S. District Court Judge Jennifer L. Rochon for a post-discovery conference on **December 14, 2023** at **11 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.

  IT IS FURTHER ORDERED that, if any party wishes to move for summary judgment or to exclude expert testimony, it shall, no later than **November 22, 2023**, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **November 29, 2023**.

  IT IS FURTHER ORDERED that, no later than **December 7, 2023**, the parties shall file a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates.

This Order does not impact any other deadlines and this case remains before Magistrate Judge Aaron for General Pretrial Purposes.

Dated: March 3, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge