

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2023

268 Broadway, Suite 104 | Saratoga

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236
F: 518.533.3284

July 19, 2023

**VIA ELECTRONIC FILING**

Application GRANTED. SO ORDERED.
Dated: July 19, 2023

Magistrate Judge Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Re:   *Hopson v. Research Foundation for Mental Hygiene, Inc.*
      Case No. 1:22-cv-05617

Dear Judge Aaron:

Per your order of July 6, 2023 (Dkt No. 46), the deadline for the parties to file a joint letter or motion that addresses whether the settlement is fair and reasonable is currently July 20, 2023. I write on behalf of both parties seeking a 30-day extension of time to submit this joint letter or motion.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

/s Michael D. Billok
Michael D. Billok
Member

MDB/atm
cc: Abdul Hassan (via CM/ECF)

16217558.2 7/19/2023

Attorneys At Law | A Professional Limited Liability Company