# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**             Tel: 718-740-1000
Email: abdul@abdulhassan.com             Fax: 718-740-2000
*Employment and Labor Lawyer*             Web: www.abdulhassan.com

August 20, 2023

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: August 21, 2023

**Re: Hopson v. Research Foundation for Mental Hygiene, Inc.**
    Case No. 22-CV-05617 (SDA)
    Motion for Extension of Time

Dear Magistrate-Judge Aaron:

    My firm represents Plaintiff Fabian Hopson ("Plaintiff") in the above-referenced action and I respectfully write, with the consent of opposing counsel, to request a one-month extension of the August 21, 2023, deadline for Plaintiff to file a motion for settlement approval to September 21, 2023. This request is being made because some unexpected issues have developed which require additional time to resolve. One prior request for an extension of this deadline was made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF