USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2023

# Abdul Hassan Law Group,
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

September 21, 2023

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

> Application GRANTED. The deadline for the parties to file a motion for settlement approval is extended until Monday, October 23, 2023. SO ORDERED.
> Dated: September 22, 2023

**Re: Hopson v. Research Foundation for Mental Hygiene, Inc.**
     Case No. 22-CV-05617 (SDA)
     Motion for Extension of Time

Dear Magistrate-Judge Aaron:

   My firm represents Plaintiff Fabian Hopson ("Plaintiff") in the above-referenced action and I respectfully write, with the consent of opposing counsel, to request another one-month extension of the September 21, 2023, deadline for Plaintiff to file a motion for settlement approval to October 21, 2023 – two prior requests for extension of this deadline were granted by the Court.

   As mentioned in the last request, additional time is needed because of some unexpected issues that have developed on the Plaintiff's' side. Specifically, my office has been experiencing recent difficulty in reaching the Plaintiff and I have now engaged a third-party service to assist in this regard. Although this situation is very uncommon, I have experienced it in the past where it was caused by a variety of reasons such as legal, medical, financial, lodging, change in family circumstances, etc. and it was eventually resolved in most instances.

   We apologize for any inconvenience and thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

2

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:     Defense Counsel via ECF**