```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fabian Hopson,

                        Plaintiff,

    -against-

Research Foundation for Mental Hygiene, Inc.,

                        Defendant.

22-cv-05617 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Counsel for the parties, and their clients if the clients wish to participate, are directed to appear for a telephone conference on Friday, November 3, 2023, at 2:00 p.m. to address the outstanding issues and obstacles in this action. (*See* Status Report, ECF No. 53.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:     New York, New York
            October 24, 2023

_____
STEWART D. AARON
United States Magistrate Judge