```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fabian Hopson,

                Plaintiff,

-against-

Research Foundation for Mental Hygiene, Inc.,

                Defendant.

22-cv-05617 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that, no later than Monday, November 13, 2023, Plaintiff shall file a letter indicating whether the parties wish to be referred to mediation or if Plaintiff's counsel intends to file a motion to withdraw. If Plaintiff's counsel intends to file a motion to withdraw, he should indicate whether that motion is on consent of his client and, if not, shall propose a briefing schedule for the motion and Plaintiff's response.

**SO ORDERED.**

Dated:      New York, New York
             November 3, 2023

_____
STEWART D. AARON
United States Magistrate Judge