USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fabian Hopson,

        Plaintiff,

-against-

Research Foundation for Mental Hygiene, Inc.,

        Defendant.

22-cv-05617 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It having been reported to the Court that the anticipated mediation in this action was not held, it is hereby Ordered that, no later than Thursday, January 4, 2024, Plaintiff shall file a letter regarding the status of any further settlement efforts and/or proposed next steps in this action. If Plaintiff's counsel now intends to file a motion to withdraw, he should indicate whether that motion is on consent of his client and, if not, shall propose a briefing schedule for the motion and Plaintiff's response.

**SO ORDERED.**

Dated:     New York, New York
           December 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge