USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024

# Abdul Hassan Law Group,
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

March 11, 2024

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: March 12, 2024

*/s/ Stewart D. Aaron*

**Re: Hopson v. Research Foundation for Mental Hygiene, Inc.**
   Case No. 22-CV-05617 (SDA)
   Motion for Extension of Time

Dear Magistrate-Judge Aaron:

My firm represents Plaintiff Fabian Hopson ("Plaintiff") in the above-referenced action, and I respectfully write to request a brief one-week extension of the March 11, 2024 deadline for my firm to file a motion to withdraw as counsel for Plaintiff Fabian Hopson. This request is being made because the additional time is needed to finalize the motion papers. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:**   Defense Counsel via ECF

1