

268 Broadway, Suite 10[...]

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/29/2024

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236
F: 518.533.3284

April 29, 2024

**VIA ELECTRONIC FILING**

Magistrate Judge Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

> Application GRANTED. The telephone conference scheduled for May 16, 2024 is adjourned until May 17, 2024 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Defendant's counsel shall email and call the *pro se* Plaintiff to provide him with the adjourned date and time.
> SO ORDERED.
> Dated: April 29, 2024

Re:   *Hopson v. Research Foundation for Mental Hygiene, Inc.*
      Case No. 1:22-cv-05617

Dear Judge Aaron:

I am writing to request an adjournment of the conference scheduled for May 16, at 11:00 AM. There have been no previous requests for an adjournment of this conference. I am requesting an adjournment because our firm has a full-day client conference scheduled for that day that has been planned several months in advance. I both mailed and emailed pro se Plaintiff Mr. Hopson asking if he would consent to the adjournment of the conference, and he did not respond.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

/s Michael D. Billok
Michael D. Billok
Member

cc: Fabian Hopson (via first class mail)