UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fabian Hopson,<br><br>       Plaintiff,<br><br>-against-<br><br>Research Foundation for Mental Hygiene, Inc.,<br><br>       Defendant. | 22-cv-05617 (SDA)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties and, as stated on the record, it is hereby Ordered as follows:

1. Defendant shall serve Plaintiff with its interrogatories and document requests no later than May 24, 2024, as well as a copy of the deficiency letter previously sent to Plaintiff's former counsel.

2. Plaintiff shall respond to Defendant's interrogatories and document requests no later than June 28, 2024.

3. The deadline for the completion of all discovery is extended until August 1, 2024.

4. The foregoing deadlines shall be extended only for good cause shown.

Plaintiff is advised that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party

can make an appointment by filling out the intake form on the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212- 659-6190.

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

Dated:     New York, New York
              May 17, 2024

_____
STEWART D. AARON
United States Magistrate Judge