USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fabian Hopson,<br><br>      Plaintiff,<br><br>-against-<br><br>Research Foundation for Mental Hygiene, Inc.,<br><br>      Defendant. | 22-cv-05617 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  The Court is in receipt of Defendant's July 3, 2024 Letter indicating that Plaintiff has failed to respond to Defendant's interrogatories and document requests by the June 28, 2024 deadline set forth in the Court's May 17, 2024 Order. (*See* 7/03/24 Letter, ECF No. 77; 5/17/24 Order, ECF No. 76.) Plaintiff is hereby Ordered to comply with the Court's May 17, 2024 Order no later than July 20, 2024. Plaintiff is warned that failure to comply may result in dismissal of his case for failure to comply with discovery orders and/or failure to prosecute. *See* Fed. R. Civ. P. 37, Fed. R. Civ. P. 41(b); *see also Heendeniya v. St. Joseph's Hosp. Health Ctr.*, 830 F. App'x 354, 357 (2d Cir. 2020) (affirming dismissal of complaint under Rules 37 and 41 for failure to prosecute and comply with discovery orders).

  A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

Dated:  New York, New York
     July 3, 2024

                          _____
                             STEWART D. AARON
                             United States Magistrate Judge